**Affirmed and Memorandum Opinion filed December 12, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00090-CR

---

**DANNY QUOC NGUYEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1468348**

---

## M E M O R A N D U M   O P I N I O N

In a single issue, appellant contends that his conviction for murder is void. He contends that the trial court that rendered judgment—the 228th District Court of Harris County—lacked jurisdiction because the grand jury that indicted appellant was impaneled by a different district court—the 179th District Court of Harris County.

Both courts were Harris County district courts, and the indictment bears the file stamp of the Harris County District Clerk. Under these circumstances, the trial court had jurisdiction. *See Saldivar v. State*, No. 14-16-00888-CR, 2017 WL 4697888, at *1–2 (Tex. App.—Houston [14th Dist.] Oct. 19, 2017, no pet. h.); *Matthews v. State*, No. 14-16-00913-CR, 2017 WL 3271195, at *2 (Tex. App.—Houston [14th Dist.] Aug. 1, 2017, pet. ref'd); *see also Aguillon v. State*, No. 14-17-00002-CR, 2017 WL 3045797 (Tex. App.—Houston [14th Dist.] July 18, 2017, pet. ref'd) (mem. op., not designated for publication).

Appellant's issue is overruled for the reasons stated in *Saldivar* and *Matthews*. The trial court's judgment is affirmed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).